Franco Environmental Law LLC

March 15, 2024

VIA ECF

Mark J. Langer, Clerk
United States Court of Appeals for the
 District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Room 5205
Washington, D.C.  20001

    Re:   *Coalition for Renewable Natural Gas v. EPA*, Case No. 23-1248;
             Response to Rule 28(j) Letter

Dear Mr. Langer:

    Pursuant to FRAP 28(j), Petitioner Coalition for Renewable Natural Gas respectfully submits this letter in response to the March 1 letter submitted by Respondent U.S. Environmental Protection Agency ("EPA") in the above-referenced case. Doc. #2043168. In that letter, EPA notifies this Court of non-binding guidance that was issued on that same date, stating only that this guidance relates to a "regulatory provision tangentially at issue in this litigation." *Id.* at 1.

    The guidance supports Petitioner's arguments. *See* Pet'r Br. 48-49, 55 (Doc. #2044467); Reply Br. 22-23 (Doc. #2044469). In particular, the guidance is a tacit admission that the regulation lacks sufficient guidance for regulated parties and confirms that obtaining approval of alternative measurement protocols is likely to lead to "delays in the acceptance of new registrations." EPA, *Biogas Regulatory Reform Rule Criteria for Qualifying for an Alternative Measurement Protocol Guidance*, at 3 (2024) ("AMP Guidance").

    Moreover, although the non-binding guidance purports "to provide clarity ... regarding existing requirements," it answers few questions and raises others. AMP Guidance at 1. While observing some situations that "may" be used to demonstrate the "first prong under 40 C.F.R. §80.155(a)(3)," approvals will be determined on a "case-by-case basis." *Id.* at 2-3. And while indicating that EPA now intends to

Coalition for Renewable Natural Gas v. EPA
Case No. 23-1428
Page 2

publish accepted protocols that could be referenced in registrations to demonstrate compliance with the "second prong under 40 C.F.R. §80.155(a)(3)," the guidance fails to provide any specific criteria by which the regulated community can assess whether they may continue to rely on their existing gas analyzers and flow meters. *Id.* at 3-4.

     In short, the guidance underscores the importance of following proper procedures when issuing regulations, so that the public can provide meaningful input and understand what is being required. Issuing incomplete guidance one month before EPA is to begin accepting new registrations (April 2024) cannot remedy EPA's arbitrary actions.

                      Sincerely,

                      */s/ Sandra P. Franco*

                      Sandra P. Franco
                      Franco Environmental Law LLC
                      600 Pennsylvania Ave., SE
                      Unit 15577
                      Washington, DC 20003
                      sandra@francoenvironmentallaw.com

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 28(j) because it contains 304 words, excluding exempted portions. The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

*/s/ Sandra P. Franco*

Sandra P. Franco

## CERTIFICATE OF SERVICE

I certify that on this 15th day of March, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system, which will provide service upon all registered counsel

*/s/ Sandra P. Franco*

Sandra P. Franco