# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1248** | **September Term, 2023** |
| | **EPA-88FR44468** |
| | **Filed On: April 16, 2024** [2049856] |

Coalition for Renewable Natural Gas,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Fuel & Petrochemical Manufacturers, et al.,
    Intervenors

## O R D E R

Upon consideration of respondent's unopposed motion for leave to divide argument time between two counsel, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of this case scheduled for April 25, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 15 Minutes |
| Respondent | - | 15 Minutes |

The panel considering this case will consist of Circuit Judges Henderson, Millett, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 18, 2024.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
               Michael C. McGrail
               Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)