# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-1248                                             September Term, 2023
FILED ON: JULY 19, 2024

COALITION FOR RENEWABLE NATURAL GAS,
    PETITIONER

v.

ENVIRONMENTAL PROTECTION AGENCY,
    RESPONDENT

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, ET AL.,
    INTERVENORS

On Petition for Review of a Final Action
of the Environmental Protection Agency

Before: HENDERSON, MILLETT, and GARCIA, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the petition for review of a final action of the Environmental Protection Agency and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the Coalition's petition for review be denied, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:    /s/

                              Daniel J. Reidy
                              Deputy Clerk

Date: July 19, 2024

Opinion for the court filed by Circuit Judge Millett.